UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARSH & McLENNAN COMPANIES, INC. ET AL,

               Plaintiffs,

     -v-

EDWARD ORAVETZ, ET AL,

               Defendants.

------------------------------------------------------------X

19-cv-7011 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the pretrial conference previously scheduled for March 10, 2020 shall proceed instead as a post-discovery conference on July 20, 2020 at 4:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    In advance of the conference and no later than July 6, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for the anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by July 13, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the July 20, 2020 status conference.

    The deadline for submission of a Joint Pretrial Order will also be discussed at the July 20, 2020 conference.

SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                    LEWIS J. LIMAN
                                    United States District Judge