UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARSH & McLENNAN COMPANIES, INC. ET AL,

        Plaintiffs,

  -v-

EDWARD ORAVETZ, ET AL,

        Defendants.

---------------------------------------------------------------X

19-cv-7011 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. (*See* Minute Entry for proceedings held on 2/26/2020, incorrectly stating that a settlement conference was held "before Judge Lewis J. Liman" when it was held before Magistrate Judge Nathaniel Fox, but nonetheless advising that the parties "have reached a settlement in principle"). Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: March 6, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020